**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MOISES CHAVEZ-RUBIO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-664-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On March 9, 2026, the Court ordered Respondents to show cause why Chavez-Rubio's Petition for a Writ of Habeas Corpus, ECF No. 1, should not be granted by March 16. Mar. 9, 2026, Order 2, ECF No. 2. In their Response, ECF No. 3, Respondents argued that Chavez-Rubio is subject to a final order of removal, and his current detention is lawful. *Id.* at 4. Chavez-Rubio now concedes that he "is subject to a final order of removal." Reply 1, ECF No. 5. However, he argues that he is still entitled to due process and should be released because his detention is "not consistent with the purpose of effectuating removal." *Id.* at 5. Chavez-Rubio has been detained since January 27, 2026. Pet. ¶ 2.

"[A]n alien [may] rely on 28 U.S.C. § 2241 to challenge [their] detention." *Zadvydas v. Davis*, 533 U.S. 678, 688 (2001). Prolonged detention of non-citizens under a final order of removal can become unlawful when it exceeds six months. *Id.* at 689–90. In certain circumstances, detainees may challenge their detention before the presumably reasonable period of detention for removal is reached. *See Trejo v. Warden of ERO El Paso E. Montana*, ---

F.Supp.3d ----, 2025 WL 2992187, at *6–7 (W.D. Tex. Oct. 24, 2025).  At this point, however, there is no indication that Chaves-Rubio's detention has yet become unreasonably prolonged.

Accordingly, the Court **ORDERS** that Respondents shall **FILE** a status update, **<u>by no later than June 25, 2026</u>**, stating whether Chaves-Rubio has been removed, and if not specifying:

(1) The result of Chavez-Rubio's credible fear request as to Mexico,

(2) What concrete steps have been taken to effectuate Chavez-Rubio's removal,

(3) What obstacles exist to effectuating Chavez-Rubio's removal, such as issuance of travel documents,

(4) What concrete steps have been taken to address the existing obstacles, and

(5) The anticipated timeline for Chavez-Rubio's removal from the United States.

**SO ORDERED**.

**SIGNED this 25th day of March, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2